UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5315 FFM | Date | November 25, 2013 |
|---|---|---|---|
| Title | BWP MEDIA USA INC. v. P3R LLC | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | | |
|---|---|---|---|
| James Munoz | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: | |
| None Present | | None Present | |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff is ordered to show cause in writing no later than December 9, 2013, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of a proof of service by plaintiff as an appropriate response to this OSC, on or before the above date.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.

_____ : _____
Initials of Preparer    JM